**Malcolm MUHAMMAD,
Plaintiff–Appellant,**

v.

**Benjamin ULEP, Dr.; D. Tuell, c/o;
Sgt. Rodriguez, Defendants–
Appellees,**

**and**

**C. Ready; C. Boone, Defendants.**

No. 14–6612.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2014.
Decided: Aug. 22, 2014.

Malcolm Muhammad, Appellant Pro Se.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Malcolm Muhammad appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Ulep*, No. 1:14–cv–00055–LO–IDD (E.D.Va. filed Apr. 10, 2014; entered Apr. 11, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*